FILED
2026 Aug-25 PM 01:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| JERRY LANDIS YARBROUGH,<br><br>Plaintiff,<br><br>v.<br><br>LIMESTONE COUNTY SHERIFF'S OFFICE, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 5:26-cv-00870-ACA-JHE |

**MEMORANDUM OPINION**

After Plaintiff Jerry Landis Yarbrough failed to comply with the magistrate judge's order to clarify his claims (doc. 4), the magistrate judge entered a report recommending the court dismiss this action for failure to prosecute (doc. 5). The magistrate judge advised Mr. Yarbrough of his right to file objections and of the consequences of failing to object. (*Id.* at 2). The time for objections has expired without receipt of any objection from Mr. Yarbrough.

Mr. Yarbrough's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. The court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failure to prosecute.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this August 25, 2026.

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE